So Ordered.

Dated: November 8, 2024



Beth E. Hanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-20626 |
| Tina Marie Watson | CHAPTER 13 |
| Debtor. | JUDGE Beth E. Hanan |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter is before the Court upon the Affidavit of Default filed by U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Creditor") on October 30, 2024 (the "Affidavit"). The Court, having reviewed the Affidavit, the Stipulation (Doc. 39) filed on May 9, 2024 and approved by the Judge on May 14, 2024 and entered by the court on May 14, 2024 (Doc. 43), and the Motion to Vacate Order on Motion to Continue Stay filed by Creditor on March 18, 2024 (Doc. 21), and being other duly advised, now rules as follow:

Pursuant to the Stipulation, the Court hereby terminates the automatic stay of 11 U.S.C. §362 with respect to Creditor and the property located at 1623 North 24th Place, Milwaukee, WI

53205 ("Property") to permit the Movant to exercise its rights and state court remedies with respect to the Property under the terms of the loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED: This Order is effective immediately and is not stayed for 14 days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3).

# # # # #

This order prepared by:

SOTTILE & BARILE, LLC
Attorneys for Movant

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com